```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 05 B 04564
   SANDRA LEE L HELLESTRAE
                                          CHAPTER 13

                                          JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-4773


-------------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
    The case was filed on 02/10/2005 and was confirmed 03/30/2005.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

    The case was dismissed after confirmation 03/05/2008.
-------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                            PAID          PAID
-------------------------------------------------------------------------------
WELLS FARGO HOME MORTGAG CURRENT MORTG   52418.31             .00       52418.31
INTERNAL REVENUE SERVICE PRIORITY        19697.01         1706.77       19697.01
INTERNAL REVENUE SERVICE PRIORITY       NOT FILED             .00             .00
AMERICASH                UNSECURED       NOT FILED             .00             .00
AMERICASH                UNSECURED       NOT FILED             .00             .00
JP MORGAN CHASE BANK NA  UNSECURED         2092.32             .00          807.24
BANK ONE                 UNSECURED       NOT FILED             .00             .00
ECAST SETTLEMENT CORP    UNSECURED         4934.46             .00         1903.77
CAPITAL ONE SERVICES     UNSECURED       NOT FILED             .00             .00
CHECK N GO               UNSECURED         1638.13             .00          553.79
DEVON FINANCIAL SERVICE  UNSECURED       NOT FILED             .00             .00
US BANK/RETAIL PAYMENT   UNSECURED         6633.64             .00         2559.33
PAYDAY LOAN STORE        UNSECURED       NOT FILED             .00             .00
UNION BANK OF CALIFORNIA UNSECURED       NOT FILED             .00             .00
UNION BANK OF CALIFORNIA UNSECURED       NOT FILED             .00             .00
INTERNAL REVENUE SERVICE UNSECURED         4054.72             .00         1564.35
NORTHGATE PIER CONDO ASS NOTICE ONLY     NOT FILED             .00             .00
PETER FRANCIS GERACI     DEBTOR ATTY      2,700.00                       2,700.00
TOM VAUGHN               TRUSTEE                                         4,775.87
DEBTOR REFUND            REFUND                                             83.56

      Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                    RECEIPTS              DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE             88,770.00

PRIORITY                                  19,697.01
   INTEREST                                1,706.77
SECURED                                   52,418.31
UNSECURED                                  7,388.48
ADMINISTRATIVE                             2,700.00

                 PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 05 B 04564 SANDRA LEE L HELLESTRAE
```

```
TRUSTEE COMPENSATION                                             4,775.87
DEBTOR REFUND                                                       83.56
                                      ----------------    ----------------
TOTALS                                       88,770.00           88,770.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                      /s/ Tom Vaughn
Dated: 06/25/08                       _____
                                      TOM VAUGHN
                                      CHAPTER 13 TRUSTEE
```